Memorandum. The order of the Appellate Division should be reversed, with costs, and petitioner’s application for a stay of arbitration denied. The owner’s claim against the architects, which is cognizable in law either in contract or in tort, was interposed within the six-year Statute of Limitations applicable to contract actions. (CPLR 7502, subd [b];
 
 Matter of Paver & Wildfoerster [Catholic High School Assn.],
 
 38 NY2d 669.) The facts in the present case are "remarkably like those” in
 
 Paver & Wildfoerster
 
 itself (38 NY2d, at p 676) and the rule articulated in that case is fully applicable to this one. Since the claim was timely asserted, it was error to stay arbitration.
 

 Chief Judge Breitel and Judges Jasen, Gabrielli, Jones, Wachtler, Fuchsberg and Cooke concur in memorandum.
 

 Order reversed, etc.